**FORM 13**

# UNITED STATES COURT OF INTERNATIONAL TRADE
One Federal Plaza
New York, New York 10278

## DISCLOSURE OF CORPORATE AFFILIATIONS AND FINANCIAL INTEREST

This notification is submitted by **GRUNFELD, DESIDERIO, LEBOWITZ, SILVERMAN & KLESTADT LLP**
(Name of attorney of record)

on behalf of   SPECIALIZED BICYCLE.   in the matter of   SPECIALIZED BICYCLE  .v.   UNITED STATES ,   Court No.13-00146.

1.  If this statement is submitted on behalf of a corporate party, that entity shall identify below all of its publicly-owned companies, any publicly-held company that has a 10% or greater ownership interest in the entity, and any publicly-owned affiliate of the entity, and describe the relationship between the party and each identified company.

   n/a

2.  Indicate whether the party on whose behalf this Form is being filed is [ X ] or is not [ ] the real party in interest. If not, identify below the real party in interest.

3.  If this statement is submitted on behalf of a trade association, identify below each publicly-owned member of the trade association.  (Attach additional pages if necessary.)

/s/  Robert F. Seely                              Date: 4/11/2013

(Added Nov. 4, 1981, eff. Jan 1, 1982; amended Dec. 18, 2001, eff. Apr. 1, 2002)

8700404

8700404_1